UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRIS HILL #412612** | **CIVIL ACTION** |
| versus | **NO. 04-2588** |
| **LYNN COOPER, WARDEN** | **SECTION: "S" (3)** |

## O R D E R

The Court has considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation. The objections to the magistrate judge's report and recommendation are **DENIED**, and the court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Chris Hill** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  8th  day of   February  , 2007.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**