UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRIS HILL #412612**                                **CIVIL ACTION**

**VERSUS**                                            **NO: 04-2588**

**LYNN COOPER WARDEN**                                **SECTION: "S" (3)**

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

☒ a certificate of appealability shall not be issued for the following reason(s): the petitioner has not made a substantial shown of the denial of a constitutional right for the reasons stated in this court's order and reasons of February 8, 2007.  28 U.S.C. § 2253(c)(2).

Date:   3/7/07

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE